

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-10-00242-CV

## IN RE CHAD DAVIS

_____

## Original Proceeding

_____

## MEMORANDUM  OPINION

Chad Davis seeks a writ of mandamus compelling Respondent, the Honorable Steve Smith, Judge of the 361st District Court of Brazos County, to set Davis's expunction petition for a hearing.  The Clerk of this Court notified Davis by letter dated July 7, 2010 that his mandamus petition was defective because: (1) "It does not include the certification required by Rule of Appellate Procedure 52.3(j)"; and (2) "It does not include an appendix of supporting documents certified or sworn to, as required by Rules 52.3(k) and 52.7(a)(1)."  Davis was notified that his petition may be summarily denied if he failed to correct these deficiencies within twenty-one days.

Davis responded by providing copies of the expunction petition and the district clerk's online docket sheet.  In addition, Davis provided an unsworn declaration

attesting that the attached documents were true and correct copies of documents on file with the Brazos County District Clerk or available online.

Davis has substantially corrected the second deficiency identified in the July 7 notice. However, he has not provided "the certification required by Rule of Appellate Procedure 52.3(j)." *See* TEX. R. APP. P. 52.3(j). Therefore, his petition for writ of mandamus is denied.

FELIPE REYNA
Justice

Before Chief Justice Gray,
     Justice Reyna, and
     Justice Davis
     (Chief Justice Gray concurring)
Petition denied
Opinion delivered and filed August 25, 2010
[OT06]